<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFF LEWIS,<br><br>                Plaintiff,<br><br>   v.<br><br>MARKEL AMERICAN INS., et al.,<br><br>                Defendants. | Civil Action No. 06-1106 (KSH)<br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

      This matter having come before the Court on the motion of the plaintiff to remand this case to the Superior Court of New Jersey, Law Division, Bergen County pursuant to 28 U.S.C. § 1447 (# 9 and 10); and Magistrate Judge Patty Shwartz having considered the parties' submissions and oral arguments on May 8, 2006; and the Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Shwartz (#13); and the Court having noted that there have been no objections filed with regard to the Report and Recommendation,

      It is on this 11th day of July, 2006,

      **ORDERED**, that the Report and Recommendation of Magistrate Judge Shwartz is adopted as the opinion of the Court; and it is further

**ORDERED**, that this case is **remanded** to the Superior Court of New Jersey, Law Division, Bergen County pursuant to 28 U.S.C. § 1447.

/s Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

cc: File
    Magistrate Judge Patty Shwartz